UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD WALLACE,<br>           Plaintiff,<br>    v.<br>AMERICAN HONDA FINANCE CORPORATION,<br>           Defendant. | Case No. 18-cv-05445-KAW<br><br>**ORDER TO SHOW CAUSE** |

On September 5, 2018, Plaintiff Edward Wallace filed this case against Defendant American Honda Finance Corporation. (Dkt. No. 1.) Plaintiff also moved to proceed *in forma pauperis* ("IFP Application"). (Dkt. No. 2.) On September 14, 2018, the Court granted Plaintiff's IFP Application. (Dkt. No. 6.) Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and found it deficient, finding that Plaintiff had failed to set forth a "short and plain statement of the claim showing that the pleader is entitled to relief" and that Plaintiff had failed to establish diversity jurisdiction. (Dkt. No. 7 at 1, 3 (quoting Fed. R. Civ. P. 8).) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims by November 20, 2018. (*Id.* at 4.) The Court warned that failure to do so would result in the case being reassigned to a district judge with the recommendation that the case be dismissed. (*Id.*)

As of the date of this order, Plaintiff has failed to file his amended complaint. Accordingly, the Court ORDERS Plaintiff to show cause, by **December 28, 2018**, why the Court should not recommend that Plaintiff's case be dismissed for failure to prosecute by filing the amended complaint. Failure to timely respond **will** result in the Court reassigning the case to a district judge with the recommendation that the case be dismissed.

Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for assistance -- a free service for pro se litigants -- by calling (415) 782-8982 to make an appointment. Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is available online at: http://cand.uscourts.gov/proselitigants.

IT IS SO ORDERED.

Dated: December 10, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge